## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2502 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 65 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 201352 |
| | : | |
| BRET KEISLING, | : | (Dauphin County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2018, upon consideration of the Report and Recommendations of the Disciplinary Board, Respondent Bret Keisling is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217.  Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).